UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| OTIS JONES | CIVIL ACTION NO. 10-0346-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the following claims be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (ii): (1) Arrest and Property; (2) Discrimination; (3) Equal Protection; (4) Dental; (5) Medical Fee; (6) Medical; (7) Conditions of Confinement; (8) Case Worker and Counselor; (9) Transfer; (10) Funeral; (11) Threat; and (12) Access to the Courts.[1]

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims seeking monetary damages and injunctive relief for his allegedly unconstitutional parole revocation and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's request for habeas relief be **DISMISSED**

---

[1] Plaintiff still has excessive force claims and denial of medical/medical treatment claims remaining against Robert Chavis, Chris English, Charles Shavis, and T. Alan Hoss.

**WITHOUT PREJUDICE** for failure to exhaust state court remedies.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19th day of June, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE