UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| OTIS JONES | CIVIL ACTION NO. 10-0346-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JAMES M. LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's remaining claims regarding excessive force and denial of medical/dental treatment against Robert Chavis, Chris English, Charles Shavis, and T. Alan Hoss are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 19th day of June, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE